Charles W. Daff, Bar No. 76178
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (657) 218-4800
Facsimile: (657) 218-4858
Email: charleswdaff@gmail.com

Chapter 7 Trustee

**FILED & ENTERED**

**JUN 26 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>STONEWAY CAPITAL CORPORATION<br><br>    Debtor. | Case No. 6:25-bk-12346-SY<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANT** |

The court having reviewed the Application by Chapter 7 Trustee to Employ Hahn Fife & Company as Accountants Pursuant to 11 U.S.C. § 327(a) ("Application") filed on May 28, 2025 as docket number 13, noting the lack of opposition and for good cause shown,

IT IS ORDERED that the Application is granted. Employment is under 11 U.S.C. 327 and compensation and reimbursement of costs are subject to further application, determination, and approval by this court under 11 U.S.C. 330.

###

Date: June 26, 2025

Scott H. Yun
United States Bankruptcy Judge